# EXHIBIT A

## RICHARD COLLINS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | 10,000 Maniacs | These Are Days | Our Time in Eden | 146-746 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| Virgin Records America, Inc. | Ben Harper | Another Lonely Day | Fight For Your Mind | 210-135 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Betterman | Vitalogy | 206-558 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| BMG Music | Dave Matthews Band | Everyday | Everyday | 300-313 |
| UMG Recordings, Inc. | Guns N Roses | Welcome to the Jungle | Appetite for Destruction | 85-358 |
| BMG Music | Dave Matthews Band | What Would You Say | Under the Table and Dreaming | 285-688 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |